UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                                    **ORDER MODIFYING**
                                       **BAIL LIMITS**

      v.

                                    Crim. No. 11-CR-165 (KSH)

ROCCO MAZZAFERRO, et al.,

         Defendants.
-----------------------------------------------------------X

      An application having been made before me by defendant ROCCO MAZZAFERRO, through his attorney, Michael Rosen, Esq., for an Order modifying Mr. Mazzaferro's travel restrictions to permit him to travel to Greenwich Hospital, Greenwich, Connecticut, upon the birth of a grandchild, from April 15, 2011 to April 18, 2011- or sooner if the birth occurs prior to April 15, 2011- and upon the consent of AUSA Leslie Faye Schwartz, it is hereby;

      **ORDERED**, that the defendant, ROCCO MAZZAFERRO, is granted permission to travel to Greenwich Hospital, Greenwich, Connecticut, to attend the birth of a grandchild, from April 15, 2011 to April 18, 2011- or sooner if the birth occurs prior to April 15, 2011, and it is further;

      **ORDERED**, that Mr. Mazzaferro promptly notify the assigned Pretrial Services

Officer that the birth occurred and that he will be traveling as permitted herein. All Remaining Conditions of bail Remain the same.

Dated: Newark, New Jersey
April 11, 2011

SO ORDERED

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE